AO 247 (10/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582 (c) (2)                          Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| United States of America | ) | Case No: <u>4:07CR901 TLW (1)</u> |
| | ) | USM No: <u>15558-171</u> |
| -versus- | ) | <u>Michael A. Meetze, Public Defender</u> |
| | ) | Defendant's Attorney |
| **Floyd Sellers** | ) | |
| Date of Previous Judgment: March 20, 2008 | ) | |
| *(Use Date of Last Amended Judgment if Applicable* | ) | |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ■ <u>the defendant</u> ❒ the Director of the Bureau of Prisons ❒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

❒    DENIED.   ■ <u>GRANTED</u> and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of ninety-three (93) months, consisting of thirty-three (33) months as to Counts 2 and 4, with such terms to run concurrently, and sixty months consecutive as to Count 3, **is reduced to** eighty-seven (87) months, consisting of twenty-seven (27) months as to Counts 2 and 4, with such terms to run concurrently, and sixty months consecutive as to Count 3. In the event this sentence is less than the amount of time Defendant has already served, this sentence is reduced to a time-served sentence of imprisonment.

Except as provided above, all provisions of the original judgment filed <u>March 20, 2008</u> shall remain in effect.

**IT IS SO ORDERED**.

Order Date:   <u>November 21, 2011</u>                                          <u>s/ Terry L. Wooten</u>_____
                                                                                                           *Judge's signature*

Effective Date: _____                                     Terry L. Wooten, United States District Judge
*(if different from order date)*                                                    *Printed name and title*